FILED

2010 MAY -4 PM 12: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN MICHAEL GREGAN, )<br>)<br>Defendant. )<br>) | Criminal Case No. 10mj1353<br><br>ORDER OF DETENTION BASED UPON DEFENDANT'S WAIVER OF RIGHT TO BAIL AND DETENTION HEARING |

At defendant's initial appearance on April 28, 2010, defendant KEVIN MICHAEL GREGAN was arraigned on the complaint charging him with enticement of a minor in violation of Title 18 U.S.C. § 2422(b). The Government requested that defendant be detained based on risk of flight and danger to the community.

At the scheduled hearing on May 3, 2010, Assistant United States Attorney David Fox appeared on behalf of the United States and Federal Defenders of San Diego, Inc. appeared on behalf of defendant. At the hearing, defendant waived his right to bail and his right to a speedy detention hearing. Based on defendant's waiver, a hearing on detention or bail setting was not held. The Court found that defendant's waiver of the above-mentioned right was competent, knowing and voluntary.

IT IS HEREBY ORDERED that defendant be detained pending the proceedings.

IT IS HEREBY FURTHER ORDERED that defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney from the Government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to and by defense and Government.

IT IS SO ORDERED WITHOUT PREJUDICE.

DATED: 5/3/2010

DATED

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

Prepared by:

KAREN P. HEWITT
United States Attorney

s/Alessandra P. Serano

Alessandra P. Serano
Assistant U.S. Attorney

cc: Steven Barth, Esq. (Via email)

2