

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 10cr1995-W |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 2422(b) - Enticement of Minor |
| KEVIN MICHAEL GREGAN, | |
| Defendant. | |

The United States Attorney charges:

On or about and between May 2009 to March 30, 2010, within the Southern District of California, defendant KEVIN MICHAEL GREGAN using a facility and means of interstate and foreign commerce, including the mail and by computer, did knowingly persuade, induce, entice, and coerce, a minor, to wit: L.H., to engage in unlawful sexual activity for which a person could be charged with a criminal offense, including, but not limited to California Penal Code Section 288.3 [contact with minor to commit sexual offense], and 18 U.S.C. §2251 [Sexual Exploitation of a Minor]; in violation of Title 18, United States Code, Section 2422(b).

DATED: May 25, 2010

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney